United States District Court
Southern District of Texas

**ENTERED**

March 03, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DAVID DEAN, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:15-cv-3406 |
| NEWSCO INTERNATIONAL ENERGY SERVICES, USA, INC., | § § § | |
| *Defendant*. | § § | |

## SHOW CAUSE ORDER

On February 6, 2020, this case was stayed due to Defendant's suggestion of bankruptcy and the resulting automatic stay. (Doc. No. 81). Accordingly, all deadlines in the case were terminated.

Plaintiff's bankruptcy proceeding in the Southern District of Texas Bankruptcy Court were closed on November 8, 2021. (Bankruptcy Case No. 19-36767, Doc. No. 264). Nothing has been filed in this case since February 6, 2020.

Plaintiff is **ORDERED** to show cause to the Court by **March 30, 2026** as to why this case should not be dismissed for want of prosecution.

It is so ordered.

Signed on this the __3ʳᵈ__ day of March, 2026.

Andrew S. Hanen
United States District Judge