**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---

DAVID DEAN, individually and
on behalf of all other similarly situated
individuals,

        Plaintiff(s),

v.

NEWSCO INTERNATIONAL ENERGY
SERVICES, USA, INC.

        Defendant.

Case No. 4:15-cv-03406

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

---

Pursuant to this Court's Order to Show Cause dated March 3, 2026 (ECF No. 82) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Dean and Defendant Newsco International Energy Services, USA, Inc., by and through their respective counsel, hereby stipulate and agree to the dismissal of this action.  The dismissal shall be with prejudice.

Dated: March 20, 2026

**NICHOLS KASTER, PLLP**

s/*Matthew H. Morgan*
Matthew H. Morgan
MN Bar No. 304657
4700 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile:  (612) 215-6870
morgan@nka.com

**ATTORNEY FOR PLAINTIFFS AND THE COLLECTIVE**

1

2

*/s/ Michael A. Harvey*
Michael A. Harvey
Texas Bar No. 24058352
SD Texas Bar No. 917759
Tel: (713) 222-4015
Fax: (713) 222-5835
mharvey@munsch.com
Brenna L. Hill
Texas Bar No. 24092514
SD Texas Bar No. 2478480
Tel: (713) 222-4068
Fax: (713) 222-5814
bhill@munsch.com

**ATTORNEYS FOR DEFENDANT**

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was filed electronically on March 20, 2026 pursuant to the service requirements of the ECF/CM for the Southern District of Texas, which will notify all counsel of record.

*s/Matthew Morgan*
Matthew Morgan
Attorney for Plaintiff
